IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JULIUS MCQUEEN**<br>**CSA/JMT**<br>**Unit 69905**<br>**APO AE 09357**<br><br>　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**FRANCIS J. HARVEY, Acting Secretary,**<br>**U.S. Department of the Army**<br><br>　　　　　　　**Defendant.** | Civil Action No. 05-1650 (GK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　KEVIN K. ROBITAILLE
　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　202-353-9895  / FAX 202-514-8780

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by First-Class mail; postage prepaid to:

JULIUS MCQUEEN
CSA/JMT
Unit 69905
APO AE 09357

on this _____ day of November, 2005.

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780