UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS McQUEEN,<br>            Plaintiff,<br><br>v.<br><br>FRANCIS J. HARVEY, Secretary of the Army,<br><br>            Defendant. | Case No. C 05-01650 GK |

### **ORDER**

This matter comes before the Court on Defendant's Motion to Dismiss. Based upon the motion, the opposition thereto, and the entire record herein, it is this ____ day of

_____, 20___ hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendant, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable order.

SO ORDERED.

_____
Gladys Kessler
United States District Judge

Copies to:
JULIUS MCQUEEN
CSA/JMT
Unit 69905
APO AE 09357

Kevin K. Robitaille
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20044