UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JULIUS MCQUEEN,                    )
                                   )
    Plaintiff,                     )
                                   )
  v.                               )   Civil Action No. 05-1650 (GK)
                                   )
FRANCIS J. HARVEY,                 )
    Secretary of the Army,        )
                                   )
    Defendant.                     )
_____)

## O R D E R

This matter comes before the Court upon Defendant's Motion to Dismiss [Dkt. #5]. Plaintiff is proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is hereby

**ORDERED** that Plaintiff respond to Defendant's Motion to Dismiss [Dkt. #5] no later than **March 1, 2006.** If Plaintiff fails to respond, or to request additional time in which to respond, the

Court will treat Defendant's Motion as granted and dismiss Plaintiff's Complaint.

January 17, 2006                         /s/
                                         Gladys Kessler
                                         U.S. District Judge

**Copies to: attorneys on record via ECF and**

**JULIUS MCQUEEN
CSA/JMT
UNIT 69905
APO, AE 09357**