## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JULIUS McQUEEN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 05-1650 (GK)** |
| | : | |
| **FRANCIS HARVEY,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

The Court has received a letter from Danny Elmore, who has been asked to represent Plaintiff in this matter.  Mr. Elmore requests a 30 day extension of time in which to respond to Defendant's Motion to Dismiss, and states that Defendant's counsel, Kevin Robitaille, has no objection to this 30 day extension.

**WHEREFORE**, it is this 1st day of March, 2006, hereby

**ORDERED** that Plaintiff shall have up to and including **April 5, 2006** in which to file his Opposition to Defendant's Motion to Dismiss.

/s/_____
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**