UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
JULIUS MCQUEEN,                )
                               )
        Plaintiff,             )
                               )
     v.                        )   Civil Action No.
                               )   05-1650 (GK)
FRANCIS HARVEY,                )
     Acting Secretary of the   )
     Army,                     )
                               )
     Defendant.                )
_____)
```

**O R D E R**

On January 17, 2006, the Court ordered Plaintiff to respond to Defendant's Motion to Dismiss [Dkt. No. 5] no later than March 1, 2006. At that time, the Court notified Plaintiff that if he failed to respond, the Court would treat Defendant's Motion as granted and dismiss the Complaint. On March 1, 2006, the Court extended the deadline for Plaintiff's response to April 5, 2006. Nevertheless, as of this date, Plaintiff has not responded to Defendant's Motion. Accordingly, it is hereby

**ORDERED** that Defendant's Motion to Dismiss [Dkt. No. 5] is **granted**. The Complaint is **dismissed without prejudice**.


April 28, 2006                      /s/_____
                                    Gladys Kessler
                                    U.S. District Court Judge

**Copies to**: attorneys of record via ECF and

**JULIUS MCQUEEN**
**CSA/JMT**
**UNIT 69905**
**APO, AE 09357**