IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUIMBIA

| | | |
|---|---|---|
| JULIUS MCQUEEN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | No. 05-1650 |
| vi. | : | |
| | : | |
| FRANCIS HARVEY, | : | |
| SECRETARY OF THE ARMY | : | |
| Defendant. | : | |

PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANT'S'
MOTION TO DISMISS FOR LACK OF JURISDICTION
AND
**IMPROPER VENUE**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, plaintiff Julius McQueen, by and through the undersigned, hereby moves this Court for an Order extending time to file a response to Defendant's motion to dismiss for lack of jurisdiction and improper venue. The extension of time is requested inasmuch as good cause for the same exists.

Respectfully submitted,

_____
Julius McQueen

**RECEIVED**

JUN 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

*Leave to file granted. J. Kessler - 6/28/06.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUIMBIA

| | | |
|---|---|---|
| JULIUS MCQUEEN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | No. 05-1650 |
| vii. | : | |
| | : | |
| FRANCIS HARVEY, | : | |
| SECRETARY OF THE ARMY | : | |
| Defendant. | : | |

PLAINTIFFS' MEMORANDUM
PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANT'S'
MOTION TO DISMISS FOR LACK OF JURISDICTION
AND
IMPROPER VENUE

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, "[o]nly a showing of good cause is necessary" to modify a pretrial schedule. ¶ 16.07, 3 Moore's Federal Practice, 1991 Ed. Also, the courts are mindful that the light burden of showing only "good cause" is required of the proponent because the courts are mindful that scheduling may not accurately reflect actual pretrial requirements. Id. at ¶ 16.01[8].

Good cause exists for this Court to grant an amendment of the pretrial schedule for the following reasons:

1. Defendant filed a motion to dismiss for lack of jurisdiction and improper venue.

2. On January 17, 2006, the Court filed an Order requiring that plaintiff file an answer to the motion to dismiss by March 1, 2006.

3

3.  Plaintiff Julius McQueen, who presently resides in Kuwuait. He initially retained the services of Danny Elmore, who was required to re-instate his membership to the District of Columbia Bar, after said attorney was not notified by the D.C. Bar that he was no longer active due to the receipt of his bar fees after the due date. Indeed, in a phone call after such fees were sent, Mr. Elmore was informed that his fees were received and no late fee was due. Mr. Elmore had been re-instated to the D.C. Bar and has submitted his application for admission to the bar of the United States District Court for the District of Pennsylvania. However, the next admission date does not occur until July 10, 2006. Accordingly, it was necessary for the undersigned to file the instant action.

4.  On April 17, 2006, Mr. Elmore informed Kevin K. Robitalle, counsel for defendant, of the unexpected problems incurred in obtaining admission to the bar of the instant court.

5.  Defendant is not prejudiced by an extension of the pretrial proceedings; however, plaintiff would suffer undue harm if he is not permitted to respond to the defendant's motion to dismiss.

## **CONCLUSION**

For the foregoing reasons, the Plaintiff respectfully requests that its motion for extension of the pretrial procedures be granted, such that plaintiff's time to answer defendant's motion to dismiss for lack of jurisdiction and improper venue is extended until June 24, 2006.

Respectfully submitted,

_____
Julius McQueen

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on this ___ day of June, 2006, he served a copy of the foregoing, Plaintiff's Motion for Extension of Time to File a Response to Defendant's Motion to Dismiss for Lack of Jurisdiction and Improper Venue, to the following via U.S. Mail, postage prepaid.

                                      Kevin K. Robitaille, AUSA
                                      Special Assistant U.S. Attorney
                                      Civil Division
                                      555 Fourth St., N.W.
                                      Washington, D,C. 20530

                                      _____
                                      Julius McQueen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUIMBIA

| | |
|---|---|
| JULIUS MCQUEEN,<br><br>   Plaintiff,<br> v.<br><br>FRANCIS HARVEY,<br> SECRETARY OF THE ARMY<br>Defendant. | CIVIL ACTION<br>No. 05-1650 *GK* |

### ORDER

AND NOW this _____ day of _____, 2006, upon consideration of the Plaintiff's Motion For Extension of Time, *Nunc Pro Tunc,* to File Response to Defendants' Motion to Dismiss For Lack of Jurisdiction and Improper Venue;

it is hereby ORDERED and DECREED that said, the said motion is GRANTED and Plaintiff shall file said Response on or before June ___, 2006.

                   BY THE COURT:


                   _____
                           J.