**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JULIUS McQUEEN | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-01650 (GK) |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCIS HARVEY, | ) | |
| Secretary of the Army, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF JULIUS McQUEEN

The following declaration is made pursuant to 28 U.SC. § 1746. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. I, Julius McQueen, am the plaintiff in the civil action identified by NO. 05-01650, which was filed on August 16, 2005, in the United States District Court for the District of Columbia.

2. I presently reside at CSA/JMT, Unit 6905, APO – AE 09357, Kuwuait, where I am employed as a civilian by the Army as a Senior Mail Clerk. Prior to residing in Kuwait, I lived in North Carolina, where I intend to return after leaving Kuwuait.

3. The Complaint is predicated upon discrimination which occurred during my employment at the Department of the Army's 43rd Battalion, Network Service Center, Heidelberg, Germany.

4. In 1994, began working for the 43rd Battalion as a Mail and File Clerk, GS-0305-04.

1

5. In May 2001, I applied for a position as Lead Mail Clerk. At that time, I was the senior Mail Clerk and had trained other clerks who were hired after me. I had superior performance evaluations during my employment.

6. While I had greater seniority and experience, I was not hired for the Lead Mail Clerk position. On May 21, 2001, the Army hired David Giddens, Caucasian, who had only worked as a Mail Clerk for Seven (7) months and who did not meet the qualifications for the position. I trained Mr. Giddens when he was hired as a Mail Clerk. At the time of the selection, I had worked as a Mail Clerk for Three (3) years.

7. Five individuals applied for the Lead Mail Clerk position. Four of the individuals and myself were African-American. We had greater seniority and experience than David Giddens.

8. On or about June 1, 2001, I filed an informal complaint of discrimination with the 43rd Signal Battalion, alleging that I had been discriminated against when I was not hired for the Lead Mail Clerk position.

9. On August 17, 2001, I filed a formal complaint of discrimination with the agency supporting my claims.

10. Around May 5, 2002, I received a copy of the agency's investigative report, dated April 30, 2002, which found that the Army's facially neutral rating and ranking scheme had a disparate impact on each of the African-American candidates. The investigation found that there

was no explanation as to the business necessity for employing such a scheme.

11. On August 2, 2004, the Army issued a Final Agency Decision which did not support the findings of the investigation and found that cause did not exist to believe that discrimination occurred.

12. I filed an appeal of the Final Agency Decision on October 12, 2004.

13. On December 22, 2004, the EEOC issued a Decision finding that I had not proven my case of discrimination. I received the EEOC's decision on or about December 30, 2004. The Decision provided that I could file a complaint in federal court within 90 days of receipt of that document.

14. After I received the Agency Decision, the attorney who was assisting me informed me that he could not file my case for me. I began looking for an attorney; however, because I am located in Germany, it was extremely difficult to find an attorney who could assist me.

15. I submitted for filing on or about March 15, 2005 a motion *in forma pauperis*. The motion contained my complaint. I was of the understanding that upon the filing of my motion, the complaint would also be filed.

16. The complaint was filed in the United States District Court of the District of Columbia, because the EEOC's Decision on my case was issued from Washington, D.C. Also, I obtained the address the Secretary of the Army, which was listed as 101 Army Pentagon,

Washington, D.C. In that he represented that defendant, I believed that I was required to file the complaint in the district court where Mr. Francis Harvey was situated.

17. After March 15, 2005, I had many problems filing a correct *motion in forma pauperis*. Around March 30, 2005, Chief Judge Thomas F. Hogan of the United States District Court for the District of Columbia returned my motion *in forma pauperis* as incomplete and requested that I correct the problems.

18. I resubmitted the documents on several occasions, and they were finally accepted on or about August 16, 2005. At that time, my complaint was formally filed.

19. The Court issued an Order on August 23, 2005, denying my request for appointment of an attorney to my case. The order also strongly suggested that I find an attorney. Since September 2005, I have been seeking to be represented by Mr. Danny Elmore, who indicated that he was a trial attorney for the EEOC prior to entering into private practice. I was aware that he practiced in Philadelphia, PA with my friend Terry Pugh, who is also an attorney. It is my understanding that Mr. Elmore, who is also licensed to practice in Washington, D.C., has been seeking to become a member of the bar of the United States District Court for the District of Columbia.

Respectfully submitted,

Executed on (Date): 26 June 06

Julius McQueen