**EXHIBIT D**

Danny Elmore

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Julius McQueen
_____
Plaintiff

v.

Francis Haney
_____
Defendant

## ORDER

The papers in the above captioned matter are hereby returned to you for failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court and/or the requirements of the Prison Litigation Reform Act of 1995. The papers are deficient in the following areas:

[ ] Your complaint **must** set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court **must** be written at the top of the first page. The word COMPLAINT **must** appear under the caption. All parties to the suit must be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant as well as an address to effect service.

[ ] Your COMPLAINT **must** be typed or legibly handwritten. If you are requesting a jury trial, the demand **must** be stated in your complaint.

[ ] Your COMPLAINT **must** bear your original signature.

[X] Application to proceed in forma pauperis **must** be completed and originally signed. (Enclosed)

[ ] You **must** file a Motion for Leave to File because: _____

_____

[ ] OTHER: _____

_____

_____

For the foregoing reasons, these papers are being returned unfiled. You may resubmit these papers to the Court, upon correction of the deficiency(ies) checked above. **DO NO SEND PAPERS DIRECTLY TO ANY CHAMBERS.**

3-30-05

HOGAN, C.J. TFH
Chief Judge Thomas F. Hogan

n:\Forms\Pro Se Return Doc. Letter