**EXHIBIT E**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JULIUS McQUEEN,                          :
                                         :
        Plaintiff,              :
                                         :
        v.                      :     Civil Action No. 05-1650 (GK)
                                         :
FRANCIS J. HARVEY, Acting                :
Secretary, U.S. Department of the Army,  :
                                         :
        Defendant.              :

### ORDER

This matter is before the Court on Plaintiff's Petition for Appointment of counsel. Plaintiff in this case is proceeding pro se. Initially, the Court notes that pro se parties in civil cases are not entitled, as a matter of law, to appointment of free counsel. Although the Court has a civil pro bono panel of attorneys from which the Court occasionally appoints counsel in civil cases, members of that panel are limited to representing individuals who are *in forma pauperis*. Plaintiff is not filing *in forma pauperis*. In any event, given the fact that Plaintiff earns $55,000 annually, it is extremely unlikely that he would be eligible to file in that capacity.

The Court realizes that Plaintiff is residing in Germany. While he has every right to file a civil lawsuit, as a practical matter, it will be almost impossible for him to litigate this case, without counsel, from outside the country. For example, once the Government files an Answer to the Complaint, parties would ordinarily be ordered to appear for an Initial Scheduling Conference to discuss the case and an appropriate litigation schedule. For these reasons, Plaintiff is urged to carefully consider the possibility of retaining counsel in the United States or some other procedure for accommodating his presence in Germany.

This case is at an extremely early stage.  Indeed, it was only filed a week ago.  The Government has neither filed a formal Answer nor filed any of the dispositive motions it usually submits.  Therefore, it is premature to decide Plaintiff's request for appointment of counsel at this time and the request will be **denied without prejudice**.

**WHEREFORE**, it is this 23rd day of August, 2005, hereby

**ORDERED**, that Plaintiff's Petition for Appointment of Counsel is hereby **denied without prejudice.**

/s/ Gladys Kessler

Gladys Kessler
United States District Judge

-2-