UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JULIUS McQUEEN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-1650 (GK) |
| | : | |
| FRANCIS HARVEY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

On April 28, 2006, the Court granted Defendant's Motion to Dismiss because Plaintiff had failed to file any Opposition to it. Prior to granting the Motion, the Court sent Plaintiff a Fox-Neal Order, and thereafter, at Plaintiff's request, extended the deadline for filing his Opposition to April 5, 2006.

On June 28, 2006, Plaintiff filed a Motion for Extension of Time to file a response to Defendant's Motion to Dismiss. Plaintiff indicates in his latest Motion for Extension of Time that he resides in Kuwait and that his counsel had difficulties regarding his membership in the D.C. Bar. Plaintiff also indicates in his Motion for Extension of Time that his counsel, Danny Elmore, has been reinstated to the D.C. Bar. While Plaintiff also indicates that Mr. Elmore has a bar application pending before the United States District Court for the District of Columbia, that fact is not relevant. It would appear from Plaintiff's latest filing that there is no bar to his retained counsel, Danny Elmore, properly representing him in this case and filing appropriate pleadings.

Because Plaintiff initially filed this case *pro se*, because Plaintiff resides in Kuwait which may make it difficult for him to actively monitor this litigation, and because the Court of Appeals always states a preference to have cases decided on the merits, the Court hereby

**ORDERS** that its Order of April 28, 2006, is **vacated**; and it is further

**ORDERED** that Plaintiff is given until **August 1, 2006** to file any Opposition to Defendant's Motion to Dismiss.

**NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**.

/s/
Gladys Kessler
United States District Judge

June 30, 2006

**Copies via ECF to all counsel of record**