UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| *JULIUS McQUEEN* | ) | |
| | ) | |
| *Plaintiff,* | ) | *Civil Action No. 05-01650 (GK)* |
| | ) | |
| *v.* | ) | |
| | ) | |
| *FRANCIS HARVEY,* | ) | |
| *Secretary of the Army,* | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

**ENTRY OF APPEARANCE**

Please enter my appearance in the above-captioned matter on behalf of plaintiff, Julius McQueen.

Respectfully,

/s/
_____
Danny Elmore, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| *JULIUS McQUEEN* | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-01650 (GK) |
| | ) | |
| v. | ) | |
| | ) | |
| *FRANCIS HARVEY,* | ) | |
| Secretary of the Army, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I, Danny Elmore, Esquire, hereby certify that on this 15th day of August, 2006, a copy of the foregoing Entry of Appearance of Danny Elmore was sent by first class mail to:

Kevin K. Robitalle, AUSA
Special Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Respectfully,

_____
Danny Elmore, Esquire