| | |
|---|---|
| **Danny Elmore, Esquire** | Attorney for Plaintiff |
| **ELMORE, PUGH & WARREN, P.C.** | |
| **1315 Walnut Street, Suite 800** | |
| **Philadelphia, PA 19107** | |
| **Tel: (215) 732-9011** | |
| **Fx (215) 732-1425** | |

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JULIUS McQUEEN** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-01650 (GK) |
| | ) | |
| v. | ) | |
| | ) | |
| **FRANCIS HARVEY,** | ) | |
| Secretary of the Army, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ENTRY OF APPEARANCE

    Please enter my appearance in the above-captioned matter on behalf of plaintiff, Julius McQueen.

                                                                                     Respectfully,

                                                                                     /s/

                                                                               _____
                                                                               Danny Elmore, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JULIUS McQUEEN | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-01650 (GK) |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCIS HARVEY, | ) | |
| Secretary of the Army, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Danny Elmore, Esquire, hereby certify that on this 15th day of August, 2006, a copy of the foregoing Entry of Appearance of Danny Elmore was sent by first class mail to:

Kevin K. Robitalle, AUSA
Special Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Respectfully,

/s/
_____
Danny Elmore, Esquire