UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JULIUS McQUEEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01650(GK) |
| ) | |
| FRANCIS HARVEY, ) | |
| SECRETARY OF THE ARMY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Plaintiff Julius McQueen brings this action against Francis Harvey, Secretary of the Army, alleging race discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§2000e, et seq. This matter is before the Court on Defendant's Motion to Dismiss for Lack of Jurisdiction and Improper Venue [**Dkt. No. 5**]. Upon consideration of the Motion, Opposition, and the entire record herein, and for the reasons stated below, it is hereby

**ORDERED** that Defendant's Motion to Dismiss [**Dkt. No. 5**] is **denied** and the matter is **transferred to the United States District Court for the Eastern District of Virginia**.

July 28, 2008                                        /s/
                                                     Gladys Kessler
                                                     United States District Judge

**Copies to: Attorneys of record via ECF**