CASE: 1:05-cv-01650

DETAILS: Case transferred from District of Columbia has been opened in Eastern District of Virginia as case 1:08-cv-00835, filed 08/13/2008.